## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| THEODORE W. OLSZANSKI, PETER VOTTO, and TAIREESE REMBERT, Derivatively on behalf of Digital Turbine, Inc., <br><br> Plaintiffs <br><br> vs. <br><br> WILLIAM GORDON STONE, III, ROB DEUTSCHMAN, ROY H. CHESTNUTT, HOLLY HESS GROOS, MOHAN GYANI, JEFF KARISH, MICHELLE M. STERLING, MOLLIE SPILMAN, AND BARRETT GARRISON, <br><br> Defendants, <br><br> and <br><br> DIGITAL TURBINE, INC., <br><br> Nominal Defendant | Lead Case No.  1:22-cv-911-RP <br><br> (Consolidated) <br> 1:22-cv-944-DAE <br> 1:22-cv-1006-DAE |

### NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) WITHOUT PREJUDICE

COMES NOW Plaintiffs Theodore W. Olszanski, Peter Votto, and Taireese Rembert, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss their claim against Defendants. No answer or motion for summary judgment has been filed. This dismissal is without prejudice.

Dated: October 24, 2024

Respectfully submitted,

/s/ *William B. Federman*
William B. Federman, SBN 00794935
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560

        (405) 239-2112 (facsimile)
        wbf@federmanlaw.com
        -and-
        212 W. Springs Valley Road
        Richardson, Texas 75081
        (214) 696-1100
        (214) 740-0112 (facsimile)

        **AND**

        Justin A. Kuehn
        30 Wall Street, 8th Floor
        New York, NY 10005
        jkuehn@moorekuehn.com

        Co-lead Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 24, 2024, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

        */s/ William B. Federman*
        William B. Federman