IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THEODORE W. OLSZANSKI, PETER VOTTO, and TAIREESE REMBERT, Derivatively on behalf of Digital Turbine, Inc.,<br><br>*Plaintiffs*,<br><br>v.<br><br>WILLIAM GORDON STONE, III, ROB DEUTSCHMAN, ROY H. CHESTNUTT, HOLLY HESS GROOS, MOHAN GYANI, JEFF KARISH, MICHELLE M. STERLING, MOLLIE SPILMAN, AND BARRETT GARRISON,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § Lead Case No. 1:22 cv-911<br><br>(Consolidated)<br>1:22-cv-944<br>1:22-cv-1006 |

## ORDER

Before the Court is the Voluntary Dismissal Without Prejudice ("Voluntary Dismissal") filed by Plaintiffs Theodore W. Olszanski, Peter Votto, and Taireese Rembert. (Dkt. # 16.) In the Voluntary Dismissal, Plaintiffs agree to dismiss their claim against Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Having considered the Voluntary Dismissal, the Court **ACCEPTS AND ACKNOWLEDGES** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own fees and costs. The Clerk of Court is directed to **CLOSE** the above-captioned cases as no parties or claims remain. The Clerk of the Court shall enter a copy of this order in 1:22-cv-944 and 1:22-cv-1006.

**IT IS SO ORDERED.**

**SIGNED:** November 5, 2024, Austin, Texas.

_____
David Alan Ezra
Senior U.S DISTRICT COURT JUDGE

1